```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROBERT COOK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, et al. | : | NO. 13-6575 |

### ORDER

AND NOW, this 20th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants John Wetzel, Michael Wenerowicz, Wendy Shaylor, Joseph Korszniak, Charles Fix, James Misstishin, Amina McCown, Dorina Varner, Tracey Williams, Eric Verosky, David Shover, Brian Taylor, Shannon Bennett, Joseph Terra, Thomas Bolton, and David Robinson to dismiss the amended complaint (Doc. # 30) is GRANTED; and

(2) the amended complaint is DISMISSED for failure to state a claim upon which relief can be granted.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.